1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6
7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11
   DOLORES ALVARADO,                    No. 2:06-CV-0644-MCE-GGH
12
         Plaintiff,
13
      v.
14                                       STIPULATION TO AMEND
   UNITED STATES DEPARTMENT OF           COMPLAINT; ORDER
15 HEALTH AND HUMAN SERVICES; SHASTA
   COMMUNITY HEALTH CENTER; CLAYTON
16 REINHARDT, D.O.; JOSE RAFAEL
   MEJIA; DOES 1 TO 30,
17
         Defendants.
18

19      It is stipulated between the undersigned counsel as follows:

20      1. At the time of the incident that is the subject of

21 plaintiff's COMPLAINT FOR WRONGFUL DEATH DUE TO PROFESSIONAL

22 NEGLIGENCE (Medical Malpractice), defendants SHASTA COMMUNITY HEALTH

23 CENTER and CLAYTON REINHARDT were deemed to be employees of the

24 United States Public Health Service, an agency of the United States

25 of America, pursuant to 42 U.S.C. § 233(g); were acting within the

26 scope of their federal employment as employees of the United States

27 of America; and were covered under the Federal Tort Claims Act for

28

                                   1

1  liability for medical malpractice.

2  2. An employee of the United States acting in the scope of
3  federal employment is absolutely immune under the Federal Tort
4  Claims Act from liability for common law torts.  42 U.S.C. §
5  233(g)(a)(A); 28 U.S.C. § 2679(b)(1).  Under the Federal Tort
6  Claims Act, the United States of America is therefore the only
7  proper defendant.  Defendants SHASTA COMMUNITY HEALTH CENTER,
8  CLAYTON REINHARDT, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
9  SERVICES should therefore be dismissed from this action, and the
10 UNITED STATES OF AMERICA substituted in their place as the proper
11 defendant.

12 3. The Federal Rules of Civil Procedure do not provide for
13 suing fictitious parties, and a suit naming Doe defendants may not
14 be maintained in federal court.  The DOE defendants should therefore
15 be dismissed.

16 4. It is therefore stipulated that Plaintiff's Complaint be
17 amended to dismiss Defendants SHASTA COMMUNITY HEALTH CENTER,
18 CLAYTON REINHARDT, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
19 SERVICES, and the DOE Defendants; and to substitute as the proper
20 Defendant the UNITED STATES OF AMERICA.

21 DATED: May 8, 2006                McGREGOR W. SCOTT
                                     United States Attorney

                                     By:   /s/ John F. Gisla
                                     JOHN F. GISLA
                                     Assistant United States Attorney
                                     Attorneys for the United States

DATED: May 5, 2006                  /s/ Michael Cogan
                                    MICHAEL COGAN
                                    Attorney for Plaintiff


ORDER

Pursuant to the foregoing stipulation:

1. Defendants SHASTA COMMUNITY HEALTH CENTER, CLAYTON REINHARDT, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES are dismissed from this action, and the UNITED STATES OF AMERICA is substituted in their place as the proper Defendant.

2. The DOE Defendants are dismissed.

DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE