McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ALVARADO,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 2:06-CV-00644-MCE-GGH<br><br>JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP PURSUANT TO LOCAL RULE 16-271; ORDER |

   Pursuant to Local Rule 16-271, the parties hereby jointly agree to submit the above-entitled action to the Voluntary Dispute Resolution Program (VDRP).

DATED: February 21, 2007     McGREGOR W. SCOTT
                             United States Attorney


                         By:   /s/ John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States


DATED: February 17, 2007       /s/ Michael Cogan
                             MICHAEL COGAN
                             Attorney for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Pursuant to the foregoing stipulation, this case is referred to the Voluntary Dispute Resolution Program.

Dated: February 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE