```
1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ALVARADO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; & JOSE RAFAEL MEJIA,<br><br>        Defendants. | No. 2:06-CV-00644-MCE-GGH<br><br>STIPULATION AMENDING PRETRIAL (STATUS) SCHEDULING ORDER; ORDER |

In order to give the parties additional time in which to explore settlement through the VDRP Program, the parties stipulate that the Pretrial (Status) Scheduling Order be amended as follows:

    May 18, 2007            Disclosure of experts

    June 7, 2007            Supplemental disclosure of experts

    August 10, 2007         Deadline for hearing on dispositive
                            motions

The remaining dates in the Pretrial (Status) Scheduling Order will remain the same.

```
1  DATED: March 13, 2007            McGREGOR W. SCOTT
                                    United States Attorney
2

3
                              By:   /s/John F. Gisla
4                                   JOHN F. GISLA
                                    Assistant United States Attorney
5                                   Attorneys for the United States

6

7  DATED: March 13, 2007             /s/Michael Cogan
                                    MICHAEL COGAN
8                                   Attorney for Plaintiff

9

10 IT IS SO ORDERED:

11
    Dated: March 19, 2007
12

13                                  _____
14                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
15
```