1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DOLORES ALVARADO, | No. 2:06-CV-00644-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: _____    McGREGOR W. SCOTT
                            United States Attorney


                    By: _____
                        JOHN F. GISLA
                        Assistant United States Attorney
                        Attorneys for the United States


DATED: _____       _____
                             MICHAEL COGAN
                             Attorney for Plaintiff

1

ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

Dated: May 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE